# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTQUEST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SWIRL NETWORKS, INC.,<br><br>Defendant. | Civil Action No. 1:18-cv-10154-GAO |

## CONSENT JUDGMENT

ConnectQuest, LLC ("Plaintiff") and Swirl Networks, Inc. ("Defendant"), the parties in the above-captioned action, have executed a final settlement agreement ("the Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment as follows:

IT IS this 23rd day of January, 2019:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of this action.

2. Defendant acknowledges Plaintiff's ownership and standing to sue for infringement of United States Patent Nos. 8,831,642 ("the '642 Patent"), 9,674,688 ("the '688 Patent"), 9,219,979 ("the '979 Patent"), 9,219,981 ("the '981 Patent"), and 9,628,949 ("the '949 Patent").

3. Defendant acknowledges that the '642, '688, '979, '981, and '949 Patents are valid and enforceable, for any purpose, including but not limited to this litigation and any other litigation between the parties, whether currently pending or contemplated.

4. All claims and counterclaims in this Litigation are hereby dismissed without prejudice.

5. The parties are hereby ordered to comply with the terms of the Settlement Agreement.

6. Each party shall bear its own costs and attorneys' fees.

7. Compliance with this Consent Judgment may be enforced by Plaintiff and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

8. This Court shall retain jurisdiction over Plaintiff and Defendant, and either party's successors in interest or assigns, for the purpose of enforcing the terms of this Consent Judgment and over any matters related to or arising from the interpretation or enforcement of the Settlement Agreement or any legal or equitable claim concerning the Settlement Agreement by any third party.

9. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

/s/ George A. O'Toole, Jr.
Honorable George A. O'Toole, Jr.
United States District Judge